No. 93–1964. AMERICAN BONDING CO. *v.* TRUSTEES OF THE CARPENTERS FOR SOUTHERN NEVADA HEALTH AND WELFARE

TRUST ET AL. Sup. Ct. Nev. Certiorari denied.